## SHACKLEY v. STATE.
### No. 25119.

Court of Criminal Appeals of Texas.

Jan. 24, 1951.

## SHACKLEY v. STATE.
### No. 25120.

Court of Criminal Appeals of Texas.

Jan. 24, 1951.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

Appellant was charged by complaint and information with the sale of liquor in a dry area. He waived a trial by jury and pleaded guilty before the court. The court found him guilty and assessed his punishment at a fine of $100.

The record in this appeal contains neither a statement of facts nor bill of exception. Nothing is presented for our consideration. All proceedings appear to be regular.

The judgment is affirmed.